IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CARLOS MOLINARES-NUNEZ,** | § | |
| Petitioner, | § § § | |
| v. | § § | Civil Action No. 4:24-cv-006-O |
| **CHRIS RIVERS, Warden,** **FMC-Fort Worth,** | § § § | |
| Respondent. | § § | |

# FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED** as moot.

**SIGNED** on this **13th day** of **May, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE